## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*(Electronically Filed)*

| | |
|---|---|
| FRANKLIN ELDRIDGE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CABELA'S INCORPORATED, a Delaware Corporation,<br><br>*Defendant.* | Case No.3:16-cv-00536-DJH<br><br>ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Franklin Eldridge and defendant Cabela's LLC f/k/a Cabela's Incorporated, through their respective counsel, hereby stipulate and agree to DISMISS the First Amended Class Action Complaint (Docket No. 26) and this action in its entirety WITH PREJUDICE with respect to the individual claims of plaintiff Franklin Eldridge and WITHOUT PREJUDICE with respect to the claims of the putative class described in the First Amended Class Action Complaint. Except as may be otherwise agreed between the Parties, each Party shall bear her or its own costs and expenses, including, without limitation, attorneys' fees, and hereby waives any right to appeal the dismissal of this action.

[Signatures of Counsel on Following Page]

1

Respectfully Submitted,

| | |
|---|---|
| */s/ Patrick H. Peluso* | */s/ Joseph C. Wylie, II* |
| Steven L. Woodrow | Joseph C. Wylie, II |
| Patrick H. Peluso | Nicole C. Mueller |
| Woodrow & Peluso, LLC | K&L Gates LLP |
| 3900 E. Mexico Avenue, Suite 300 | 70 West Madison Street, Suite 3100 |
| Denver, CO 80210 | Chicago, IL 60602-4207 |
| 720-213-0675 | 312-807-4439 |
| Fax: 303-927-0809 | Fax: 312-827-8108 |
| Email: swoodrow@woodrowpeluso.com | Email: joseph.wylie@klgates.com |
| ppeluso@woodrowpeluso.com | nicole.mueller@klgates.com |
| | |
| Stefan L. Coleman | Gregory N. Blase |
| Law Offices of Stefan Coleman, P.A. | K&L Gates, LLP |
| 201 S. Biscaynve Blvd., 28th Floor | State Street Financial Center |
| Miami, FL 33131 | One Lincoln Street |
| 877-333-9427 | Boston, MA 02111-2950 |
| Fax: 888-492-8946 | 617-261-3100 |
| Email: law@stefancoleman.com | Fax: 617-261-3175 |
| | Email: gregory.blase@klgates.com |
| | |
| Elisabeth S. Gray | Edward H. Stopher |
| Middleton Reutlinger | Boehl Stopher & Graves, LLP - Louisville |
| 401 S. Fourth Street, Suite 2600 | 400 W. Market Street, Suite 2300 |
| Louisville, KY 40202 | Louisville, KY 40202 |
| 502-625-2848 | 502-589-5980 |
| Fax: 502-540-2288 | Fax: 502-561-9400 |
| Email: egray@middletonlaw.com | Email: estopher@bsg-law.com |
| | |
| **Counsel for plaintiff Franklin Eldridge** | **Counsel for defendant Cabela's LLC f/k/a Cabela's Incorporated** |

Dated June 19, 2018