UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
(at Louisville)

| | |
|---|---|
| FRANKLIN ELDRIDGE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:16-CV-536-CHB |
| | ) |
| v. | ) |
| | ) |
| CABELA'S INCORPORATED, | ) |
| | ) **ORDER OF DISMISSAL** |
| Defendant. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed a Joint Stipulation of Dismissal with Prejudice. [R. 42] Because the stipulation of dismissal is signed by all parties who have appeared and because the putative class was never certified dismissal is appropriate pursuant to Rule 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE** with respect to the individual claims of plaintiff Franklin Eldridge. It is **FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** with respect to the claims of the putative class described in the First Amended Class Action Complaint. Each party shall bear its own costs and attorney's fees. All dates and deadlines are hereby **VACATED**.

June 21, 2018

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court